# United States Court of Appeals
# for the Fifth Circuit

_____

No. 21-60553
_____

A True Copy
Certified order issued Nov 29, 2021

*Tyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

United States of America,

*Plaintiff—Appellee*,

versus

Ray Parham,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 1:19-CR-133-1

_____

CLERK'S OFFICE:

Under 5th Cir. R. 42.3, the appeal is dismissed as of November 29, 2021, for want of prosecution. The appellant failed to timely file a brief.

No. 21-60553

LYLE W. CAYCE<br>
Clerk of the United States Court<br>
of Appeals for the Fifth Circuit

By: _____
      Allison G. Lopez, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

2